07 CV 11453

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GAVROS SHIPPING CO. LTD.,

                Plaintiff,              07 Civ.

- against -

ALLIED MARITIME INC.,

                Defendant.
-----------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: December 20, 2007
       Southport, CT

                              The Plaintiff,
                              GAVROS SHIPPING CO. LTD.

                              By: _____
                              Charles E. Murphy
                              Patrick F. Lennon
                              LENNON, MURPHY & LENNON, LLC
                              The Gray Bar Building
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              (212) 490-6050
                              facsimile (212) 490-6070
                              cem@lenmur.com
                              pfl@lenmur.com