USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GAVROS SHIPPING CO. LTD.,

        Plaintiff,

- against -

ALLIED MARITIME INC.,

        Defendant.
------------------------------------------------------------X

07 Civ. 11453 (VM)

ECF CASE

**NOTICE OF VOLUNTARY DISMISSAL**

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and garnishee bank, American Express Bank, is directed to immediately release Defendant's funds which it restrained pursuant to the Ex-Parte Order issued in the instant action in the approximate amount of $51,700.00 to the Defendant Allied Marine Inc. pursuant to instructions to be provided by Defendant or Defendant's counsel.

Furthermore, American Express Bank, is directed to immediately release Defendant's funds which it restrained pursuant to the Ex-Parte Order issued in the instant action in the approximate amount of $231,566.83 to the Defendant, Allied Marine Inc., pursuant to that wire's original instructions unless Defendant or Defendant's counsel provides directions to the contrary.

Dated: January 4, 2008
Southport, CT

                      The Plaintiff,
                      GAVROS SHIPPING CO. LTD.

                      By: _____
                      Nancy R. Peterson (NP 2871)
                      LENNON, MURPHY & LENNON, LLC
                      420 Lexington Ave., Suite 300
                      New York, NY 10170 (212) 490-6050

SO ORDERED: The Clerk of Court is directed to close this case.

1-4-08
DATE        VICTOR MARRERO, U.S.D.J.